1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           CASE NO. 2:18-MJ-00187 CKD

12 |             Plaintiff,              [PROPOSED] FINDINGS AND ORDER
                                         EXTENDING TIME FOR PRELIMINARY
13 |     v.                              HEARING PURSUANT TO RULE 5.1(d) AND
                                         EXCLUDING TIME
14 | OU VERN SAETEURN,
                                         DATE: October 25, 2018
15 |             Defendant.              TIME: 2:00 p.m.
                                         COURT: Hon. Edmund F. Brennan
16

17

18     The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 5, 2018.

20 The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22 5.1(d) of the Federal Rules of Criminal Procedure.

23     Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by granting this continuance outweigh the interests of the public and the defendant in a

25 speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not

26 adversely affect the public interest in the prompt disposition of criminal cases.

27     THEREFORE, FOR GOOD CAUSE SHOWN:

28     1.     The date of the preliminary hearing is extended to November 15, 2018, at 2:00 p.m.

PROPOSED FINDINGS AND ORDER                    1

2. The time between October 25, 2018, and November 15, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: October 22, 2018

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE