McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-244 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| OU VERN SAETEURN, | DATE: March 14, 2019 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 14, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until April 11, 2019, at 9:30 a.m., and to exclude time between March 14, 2019, and April 11, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes 409 Bates stamped items, including audio recordings, reports, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b)    The government recently filed a notice of related cases as to this matter (ECF

2  Entry 20) and a separate matter against the defendant's brother, A Vern Saeteurn, who is named

3  in *United States v. A Vern Saeteurn* (2:18-cr-212 TLN).  This court ordered the cases related on

4  March 4, 2019.  (ECF Entry 24.)

5    c)    Counsel for defendant desires additional time to consult with his client, to review

6  the current charges, and to conduct investigation and research related to them.

7    d)     Counsel for defendant believes that failure to grant the above-requested

8  continuance would deny him the reasonable time necessary for effective preparation, taking into

9  account the exercise of due diligence.

10    e)    The government does not object to the continuance.

11    f)    Based on the above-stated findings, the ends of justice served by continuing the

12  case as requested outweigh the interest of the public and the defendant in a trial within the

13  original date prescribed by the Speedy Trial Act.

14    g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15  et seq., within which trial must commence, the time period of March 14, 2019 to April 11, 2019,

16  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

17  because it results from a continuance granted by the Court at defendant's request on the basis of

18  the Court's finding that the ends of justice served by taking such action outweigh the best interest

19  of the public and the defendant in a speedy trial.

20

21    //

22

23

24    //

25

26

27    //

28

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 11, 2019                                      McGREGOR W. SCOTT
                                                          United States Attorney


                                                          /s/ AMANDA BECK
                                                          AMANDA BECK
                                                          Assistant United States Attorney


Dated: March 11, 2019                                      /s/ TODD LERAS
                                                          TODD LERAS
                                                          Counsel for Defendant
                                                          OU VERN SAETEURN


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 11th day of March, 2019.

                                                          Troy L. Nunley
                                                          United States District Judge