McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-244 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| OU VERN SAETEURN, | DATE: April 11, 2019 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 11, 2019.

2. By this stipulation, defendant now moves to continue the status conference until May 16, 2019, at 9:30 a.m., and to exclude time between April 11, 2019, and May 16, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 409 Bates stamped items, including audio recordings, reports, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) The government recently filed a notice of related cases as to this matter (ECF Entry 20) and a separate matter against the defendant's brother, A Vern Saeteurn, who is named in *United States v. A Vern Saeteurn* (2:18-cr-212 TLN). This court ordered the cases related on March 4, 2019. (ECF Entry 24.)

c) Counsel for defendant desires additional time to consult with his client, to review the current charges, and to conduct investigation and research related to them.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 11, 2019 to May 16, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 5, 2019                                          McGREGOR W. SCOTT
                                                                              United States Attorney


                                                                              /s/ AMANDA BECK
                                                                              AMANDA BECK
                                                                              Assistant United States Attorney


Dated:  April 5, 2019                                          /s/ TODD LERAS
                                                                              TODD LERAS
                                                                              Counsel for Defendant
                                                                              OU VERN SAETEURN


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of April, 2019.


                                                                              _____
                                                                              Troy L. Nunley
                                                                              United States District Judge