1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  OU VERN SAETEURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OU VERN SAETEURN,<br><br>Defendant. | Case No.: 2:18-cr-244 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   September 12, 2019<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

  This matter is presently set for a status conference on July 18, 2019. The case involves allegations defendant participated in controlled substance violations, including possession of several firearms. His brother, A Vern Saeteurn, is charged in a separate related case (2:18-cr-212 TLN) with similar controlled substance charges.

  Defense counsel requests that the matter be continued for further status conference to

ORDER CONTINUING STATUS
CONFERENCE

September 12, 2019. The continuance is requested to allow defense counsel to complete ongoing investigation into potential mitigation evidence, to consider a pre-trial resolution proposal, and to otherwise prepare defendant's case. The government does not oppose the request.

Given the need for further preparation time, defense counsel requests that time be excluded for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, for the period of July 18, 2019 to September 12, 2019, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Vincenza Rabenn has reviewed this proposed order and authorized Todd Leras via email to sign it on her behalf.

DATED: July 15, 2019

By  /s/ *Todd D. Leras for*
VINCENZA RABENN
Assistant United States Attorney

DATED: July 15, 2019

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
PEDRO FUENTES

ORDER CONTINUING STATUS CONFERENCE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is |
| 3 | hereby ordered that the status conference in this matter, scheduled for July 18, 2019, is vacated. |
| 4 | |
| 5 | A new status conference is scheduled for September 12, 2019, at 9:30 a.m. The Court further |
| 6 | finds, based on the representations of the parties and Defendant's request, that the ends of justice |
| 7 | served by granting the continuance outweigh the best interests of the public and the defendant in |
| 8 | a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § |
| 9 | 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into |
| 10 | |
| 11 | consideration the exercise of due diligence for the period from July 18, 2019, up to and including |
| 12 | September 12, 2019. |
| 13 | IT IS SO ORDERED. |
| 14 | DATED: July 16, 2019 |
| 15 | Troy L. Nunley<br>United States District Judge |

ORDER CONTINUING STATUS CONFERENCE