| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
|   | Attorney for Defendant |
| 5 | OU VERN SAETEURN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OU VERN SAETEURN,<br><br>Defendant. | Case No.: 2:18-cr-244 TLN<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   October 17, 2019<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

This matter is presently set for a status conference on September 12, 2019. The case involves allegations defendant participated in controlled substance violations, including possession of several firearms. Ou Saeteurn's brother, A Vern Saeteurn, is charged in a separate related case (2:18-cr-212 TLN) with similar controlled substance charges.

ORDER CONTINUING STATUS CONFERENCE

Defense counsel requests that Ou Saeteurn's matter be continued for further status conference to October 17, 2019. Counsel for Ou Saeteurn and A Saeteurn recently held a joint meeting with the assigned prosecutor regarding proposed modifications to previously-provided plea agreements. As to Ou Vern Saeteurn, the government appears to have agreed to one of the defense's suggested modifications. The present continuance is therefore requested to allow defense counsel to consider a forthcoming revised resolution proposal, to continue researching the implications of the revised plea agreement upon the potential sentence under the recently-enacted First Step Act, and to otherwise prepare defendant's case. The government does not oppose the request.

Given the need for further preparation time, defense counsel requests that time be excluded for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., for the period of September 12, 2019 to October 17, 2019, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

ORDER CONTINUING STATUS CONFERENCE

| | |
|---|---|
| 1 | Assistant U.S. Attorney Vincenza Rabenn has reviewed this proposed order and |
| 2 | authorized Todd Leras via email to sign it on her behalf. |

DATED: September 9, 2019

By   /s/ *Todd D. Leras for*
     VINCENZA RABENN
     Assistant United States Attorney

DATED: September 9, 2019

By   /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     OU VERN SAETEURN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for September 12, 2019, is vacated. A new status conference is scheduled for October 17, 2019, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 12, 2019, up to and including October 17, 2019.

IT IS SO ORDERED.

DATED: September 10, 2019

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE