1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  OU VERN SAETEURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OU VERN SAETEURN,<br><br>Defendant. | Case No.: 2:18-cr-244 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   November 14, 2019<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

This matter is presently set for a status conference on October 17, 2019. The case involves allegations defendant participated in controlled substance violations, including possession of several firearms. Ou Saeteurn's brother, A Vern Saeteurn, is charged in a separate related case (2:18-cr-212 TLN) with similar controlled substance charges.

ORDER CONTINUING STATUS
CONFERENCE

Defense counsel requests that Ou Saeteurn's matter be continued for further status conference to November 14, 2019. The government has tentatively agreed to a defense settlement counter-proposal. The parties therefore need additional time to finalize the terms of settlement in a written plea agreement. The present continuance is therefore requested to allow defense counsel to consider a forthcoming revised resolution proposal, to continue researching the implications of the revised plea agreement upon the potential sentence under the recently-enacted First Step Act, and to otherwise prepare defendant's case. The government does not oppose the request.

Given the need for further preparation time, defense counsel requests that time be excluded for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, for the period of October 17, 2019 to November 14, 2019, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER CONTINUING STATUS CONFERENCE

1 | Assistant U.S. Attorney Vincenza Rabenn has reviewed this proposed order and
2 | authorized Todd Leras via email to sign it on her behalf.

DATED: October 15, 2019

By   /s/ *Todd D. Leras for*
     VINCENZA RABENN
     Assistant United States Attorney

DATED: October 15, 2019

By   /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     OU VERN SAETEURN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for October 17, 2019, is vacated. A new status conference is scheduled for November 14, 2019, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 17, 2019, up to and including November 14, 2019.

IT IS SO ORDERED.

DATED: October 15, 2019

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE