LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
OU VERN SAETEURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OU VERN SAETEURN,<br><br>Defendant. | Case No.: 2:18-cr-244 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    January 16, 2020<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

      This matter is presently set for a status conference on November 14, 2019. The case involves allegations defendant participated in controlled substance violations, including possession of several firearms. Ou Saeteurn's brother, A Vern Saeteurn, is charged in a separate related case (2:18-cr-212 TLN) with similar controlled substance charges.

ORDER CONTINUING STATUS
CONFERENCE

Defense counsel requests that Ou Saeteurn's matter be continued for further status conference/potential change of plea hearing to January 16, 2020. The government has provided the defense with a revised plea agreement. The defense is requesting additional time to research sentencing options, including the impact of the proposed plea agreement on certain benefits provided through the recently-enacted First Step Act. The present continuance is therefore requested to allow defense counsel to complete the research and to otherwise prepare defendant's case for the potential change of plea hearing. The government does not oppose the request.

Given the need for further preparation time, defense counsel requests that time be excluded for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, for the period of November 14, 2019 to January 16, 2020, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER CONTINUING STATUS CONFERENCE

Assistant U.S. Attorney Vincenza Rabenn has reviewed this proposed order and authorized Todd Leras via email to sign it on her behalf.

DATED: November 12, 2019

By   /s/ *Todd D. Leras for*
    VINCENZA RABENN
    Assistant United States Attorney

DATED: November 12, 2019

By   /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    OU VERN SAETEURN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for November 14, 2019, is vacated. A new status conference/potential change of plea hearing is scheduled for January 16, 2020, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from November 14, 2019, up to and including January 16, 2020.

IT IS SO ORDERED.

DATED: November 12, 2019.

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE