1   LAW OFFICE OF TODD D. LERAS
    Todd D. Leras, CA SBN 145666
2   455 Capitol Mall, Suite 802
    Sacramento, CA 95814
3   Telephone: (916) 504-3933

4   Attorney for Defendant
    OU VERN SAETEURN
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,                 CASE NO. 2:18-CR-244 TLN

12          Plaintiff,                        **STIPULATION AND ORDER CONTINUING
                                              STATUS CONFERENCE AND EXCLUDING
                v.                            TIME UNDER THE SPEEDY TRIAL ACT**
13

14  OU VERN SAETEURN,

            Defendant.                        Date: March 5, 2020
15                                            Time: 9:30 a.m.
                                              Court: Hon. Troy L. Nunley
16

17

18
            It is hereby stipulated and agreed by and between plaintiff United States of America and
19
    defendant Ou Vern Saeteurn, through their respective attorneys, that the status conference set for
20
    January 16, 2020, shall be continued by the Court to March 5, 2020, at 9:30 a.m., to allow
21
    defense counsel necessary time to review a proposed settlement agreement and investigate
22
    sentencing mitigation witnesses in anticipation of a change of plea in this matter.
23
            This case involves, among other allegations, that defendant participated in a controlled
24
    substance distribution operation along with his brother, A Vern Saeteurn, who is charged in a
25
    separate related case (Case Number 2:18-cr-212 TLN).  Given the need for further preparation time,
26
    counsel for Ou Vern Saeteurn requests that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A)
27
    and B(iv) and Local Code T4 to allow reasonable time to prepare.
28                                              1
    STIPULATION & ORDER CONTINUING
    STATUS CONFERENCE

1   Assistant U.S. Attorney Vincenza Rabenn has reviewed this stipulation and authorized

2   Attorney Todd D. Leras via email to sign it on his behalf.

3

4       Dated:  January 13, 2020            */s/ Todd Leras*
                                            _____
5                                           TODD LERAS
                                            Attorney for defendant
6                                           OU VERN SAETEURN

7

8       Dated:  January 13, 2020                MCGREGOR W. SCOTT
                                            United States Attorney
9
                                            */s/ Vincenza Rabenn*
10                                  By:     _____
11                                          VINCENZA RABENN
                                            Assistant United States Attorney
12                                          (Per email authorization)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set January 16, 2020 status conference hearing shall be continued to March 5, 2020, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 16, 2020, up to and including the March 5, 2020 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

DATED: January 14, 2020

_____
Troy L. Nunley
United States District Judge