LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
OU VERN SAETEURN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OU VERN SAETEURN,<br><br>　　　　Defendant. | CASE NO. 2:18-CR-244 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: May 7, 2020<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Ou Vern Saeteurn, through their respective attorneys, that the status conference set for March 5, 2020, shall be continued by the Court to May 7, 2020, at 9:30 a.m., to allow defense counsel necessary time to complete its investigation of sentencing mitigation witnesses and evidence in anticipation of a change of plea in this matter.

This case involves, among other allegations, that defendant participated in a controlled substance distribution operation along with his brother, A Vern Saeteurn, who is charged in a separate related case (Case Number 2:18-cr-212 TLN). Given the need for further preparation time, counsel for Ou Vern Saeteurn requests that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow reasonable time to prepare.

1

STIPULATION & ORDER CONTINUING
STATUS CONFERENCE

Assistant U.S. Attorney Vincenza Rabenn has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on his behalf.

Dated: March 3, 2020  */s/ Todd Leras*
_____
TODD LERAS
Attorney for defendant
OU VERN SAETEURN

Dated: March 3, 2020  MCGREGOR W. SCOTT
United States Attorney

*/s/ Vincenza Rabenn*
By:  _____
VINCENZA RABENN
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME           1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having received, read, and considered the stipulation of the parties, and good |
| 3 | cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is |
| 4 | hereby ORDERED that the presently set March 5, 2020 status conference hearing shall be |
| 5 | continued to May 7, 2020, at 9:30 a.m. |
| 6 | Based on the representations of the parties in their stipulation, the Court finds that: (1) |
| 7 | the failure to grant this requested continuance would deny defense counsel reasonable time |
| 8 | necessary for effective preparation, taking into account the exercise of due diligence; and (2) the |
| 9 | ends of justice served by continuing the case as requested outweigh the best interests of the public |
| 10 | and the defendant in a speedy trial. |
| 11 | The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, |
| 12 | 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from |
| 13 | the date of this stipulation, March 5, 2020, up to and including the May 7, 2020 status conference |
| 14 | hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to |
| 15 | allow defense counsel reasonable time necessary to prepare. |
| 16 | IT IS SO ORDERED. |

DATED: March 3, 2020

_____
Troy L. Nunley
United States District Judge