LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
OU VERN SAETEURN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-244 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| OU VERN SAETEURN, | |
| Defendant. | Date:  September 24, 2020<br>Time:  9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

Plaintiff United States of America and defendant Ou Vern Saeteurn, through their respective attorneys, stipulate that the status conference set for September 24, 2020, shall be continued by the Court to February 4, 2021, at 9:30 a.m., to allow defense counsel necessary time to complete investigation of sentencing mitigation witnesses and evidence in anticipation of a change of plea in this matter.

This case involves, among other allegations, that defendant participated in a controlled substance distribution operation along with his brother, A Vern Saeteurn, who is charged in a separate related case (Case Number 2:18-cr-212 TLN).  Given the need for further preparation time, counsel for Ou Vern Saeteurn requests that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow reasonable time to prepare.

1

STIPULATION & ORDER CONTINUING
STATUS CONFERENCE

The parties anticipate resolution of this matter by a written plea agreement.  Settlement efforts have been complicated by measures taken to mitigate the spread of COVID-19.  Specifically, on March 18, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 612 restricting access to federal courthouses in the Eastern District of California until May 1, 2020.  On April 17, 2020, General Order 617 extended access restrictions until June 1, 2020.  The courtroom closures were later extended until further notice by General Order 618, which was issued on May 13, 2020.

At the same time the orders mentioned in the preceding paragraph restricted access to federal courthouses in the Eastern District of California, the state of California issued additional restrictions designed to curtail spread of COVID-19.  California Governor Gavin Newsom, on March 19, 2020, issued Executive Order N-33-20 requiring California residents not working in critical federal infrastructure positions to stay home and shelter in place.  These restrictions were gradually eased in June 2020, but a surge in spread of the virus following re-opening measures caused Governor Newsom to tighten restrictions once again in early July 2020.  The surge in virus infection rates appears to have slowed at the present time, but the Centers for Disease Control continue to caution that a second wave of infections may occur through the autumn of 2020 and into early 2021.

These orders and accompanying developments regarding the public health crisis have impacted the ability of defense counsel to meet with Ou Saeturn and prepare for his change of plea hearing.  Ou Saeteurn is being held in pre-trial detention at the Sacramento County Main Jail.  During the initial pandemic crisis attorney access to clients housed in the Sacramento jail, either in-person or by means of confidential telephone calls, was significantly limited compared to the access available before the COVID-19 restrictions were issued.  These restrictions eased somewhat after Memorial Day, allowing some in-person attorney visitation to occur.  Any

1  improvement in attorney access in late May and early June dissipated when Sacramento Sheriff

2  Scott Jones elected to re-open the jail to social visits.  Counsel continues efforts to meet in-

3  person with Ou Saeteurn.  These visits occur during the limited periods of time when the absence

4  of social visitors decreases the potential for exposure to COVID-19.  Due to practical limitations

5  on client access, defense counsel requires additional time to investigate potential mitigation

6  evidence in anticipation of resolution of this matter.

7         Assistant U.S. Attorney Vincenza Rabenn has reviewed this stipulation and authorized

8  Attorney Todd D. Leras via email to sign it on her behalf.

9         Dated:  September 21, 2020                    */s/ Todd Leras*
                                                        _____
10
                                                        TODD LERAS
11                                                      Attorney for defendant
                                                        OU VERN SAETEURN
12
13        Dated:  September 21, 2020                    MCGREGOR W. SCOTT
                                                        United States Attorney
14
15                                              By:     */s/ Vincenza Rabenn*
                                                        _____
16                                                      VINCENZA RABENN
                                                        Assistant United States Attorney
17                                                      (Per email authorization)

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      The Court, having received, read, and considered the stipulation of the parties, and good

3 cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is

4 hereby ORDERED that the presently set September 24, 2020 status conference hearing shall be

5 continued to February 4, 2021, at 9:30 a.m.

6      Based on the representations of the parties in their stipulation, the Court finds that:  (1)

7 the failure to grant this requested continuance would deny defense counsel reasonable time

8 necessary for effective preparation, taking into account the exercise of due diligence; and (2) the

9 ends of justice served by continuing the case as requested outweigh the best interests of the public

10 and the defendant in a speedy trial.

11      The Court hereby orders that for the purpose of computing time under the Speedy Trial Act,

12 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from

13 the date of this stipulation, September 24, 2020, up to and including the February 4, 2021 status

14 conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local

15 Code T4 to allow defense counsel reasonable time necessary to prepare.

16      IT IS SO ORDERED.

17

18 DATED: September 22, 2020

19                                              _____
                                                    Troy L. Nunley
20                                              United States District Judge

21

22

23

24

25

26

27

28

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          4