LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
OU VERN SAETEURN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-244 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| OU VERN SAETEURN, | |
| Defendant. | Date:  February 4, 2021<br>Time:  9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

Plaintiff United States of America and defendant Ou Vern Saeteurn, through their respective attorneys, request that the status conference set for February 4, 2021, be continued by the Court to May 20, 2021, at 9:30 a.m., to allow defense counsel necessary time to complete investigation of sentencing mitigation witnesses and evidence in anticipation of a change of plea in this matter.

This case involves, among other allegations, that defendant participated in a controlled substance distribution operation along with his brother, A Vern Saeteurn, who is charged in a separate related case (Case Number 2:18-cr-212 TLN).  Given the need for further preparation time, counsel for Ou Vern Saeteurn requests that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 to allow reasonable time to prepare.

The parties anticipate resolution of this matter by a written plea agreement.  Settlement efforts have been complicated by measures taken to mitigate the spread of COVID-19.  Since March 18, 2020, this Court has issued a series of General Orders, including General Orders 612, 617, 618, and 624, restricting access to federal courthouses in the Eastern District of California until at least April 5, 2021.

At the same time the orders mentioned in the preceding paragraph restricted access to federal courthouses in the Eastern District of California, the state of California issued additional restrictions designed to curtail the initial spread and then a later surge of COVID-19 infections. California Governor Gavin Newsom, on March 19, 2020, issued Executive Order N-33-20 requiring California residents not working in critical federal infrastructure positions to stay home and shelter in place.  These restrictions were gradually eased in June 2020, but subsequent surges in spread of the virus following re-opening measures caused Governor Newsom to tighten restrictions on at least two occasions.  The surge in virus infection rates appears to have slowed at the present time, but the Centers for Disease Control continue to caution that vaccine distribution and inoculation may not cause widespread easing of the pandemic until late summer or fall of 2021.

These public health orders and accompanying developments regarding the pandemic have impacted the ability of defense counsel to meet with Ou Saeturn and prepare for his change of plea hearing.  Ou Saeturn is being held in pre-trial detention at the Sacramento County Main Jail.  During the initial pandemic crisis, attorney access to clients housed in the Sacramento jail, either in-person or by means of confidential telephone calls, was significantly limited compared to the access available before the COVID-19 restrictions were issued.  These restrictions eased somewhat at various points during the pandemic, but recent spread of the virus within the jail has caused greater difficulty in arranging in person attorney-client meetings.

1    Counsel continues efforts to meet in-person with Ou Saeteurn.  Due to practical

2  limitations on client access, defense counsel also requires additional time to investigate potential

3  mitigation evidence in anticipation of resolution of this matter.

4    Assistant U.S. Attorney Vincenza Rabenn has reviewed this stipulation and authorized

5  Attorney Todd D. Leras via email to sign it on her behalf.

6    Dated:  February 1, 2021                    */s/ Todd Leras*

7                                                 _____

8                                                 TODD LERAS
                                                   Attorney for defendant
                                                   OU VERN SAETEURN
9

10   Dated:  February 1, 2021                    MCGREGOR W. SCOTT
                                                   United States Attorney
11

12                                      By:      */s/ Vincenza Rabenn*
                                                 _____
13                                                 VINCENZA RABENN
                                                   Assistant United States Attorney
14                                                 (Per email authorization)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME              3

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is hereby ORDERED that the presently set February 4, 2021 status conference hearing shall be continued to May 20, 2021, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that:  (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, February 4, 2021, up to and including the May 20, 2021 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: February 1, 2021

Troy L. Nunley
United States District Judge