LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
OU VERN SAETEURN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OU VERN SAETEURN,<br><br>Defendant. | CASE NO. 2:18-CR-244 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br><br>Date: May 20, 2021<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

Plaintiff United States of America and defendant Ou Vern Saeteurn, through their

respective attorneys, request that the status conference set for May 20, 2021, be continued by the

Court to September 9, 2021, at 9:30 a.m., to allow defense counsel necessary time to complete

investigation of sentencing mitigation witnesses and evidence in anticipation of a change of plea in

this matter.

This case involves, among other allegations, that defendant participated in a controlled

substance distribution operation along with his brother, A Vern Saeteurn, who is charged in a

separate related case (Case Number 2:18-cr-212 TLN). Given the need for further preparation time,

counsel for Ou Vern Saeteurn requests that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A)

and B(iv) and Local Code T4 to allow reasonable time to prepare.

1

STIPULATION & ORDER CONTINUING
STATUS CONFERENCE

The parties anticipate resolution of this matter by a written plea agreement. Settlement efforts have been complicated by measures taken to mitigate the spread of COVID-19. Since March 18, 2020, this Court has issued a series of General Orders, including General Orders 612, 617, 618, 620, 624, 628, and 630, restricting access to federal courthouses in the Eastern District of California for about the last fourteen-months. The most recent order (General Order 630) extends the restrictions for up to an additional 90-days from April 2, 2021.

At the same time the orders mentioned in the preceding paragraph restricted access to federal courthouses in the Eastern District of California, the state of California issued additional restrictions designed to curtail COVID-19 infections. California Governor Gavin Newsom, on March 19, 2020, issued Executive Order N-33-20 requiring California residents not working in critical federal infrastructure positions to stay home and shelter in place. These restrictions have correspondingly eased or tightened depending on fluctuations in the virus infection rate. The Sacramento region presently remains in one of the more restrictive tiers.

These public health orders and accompanying developments regarding the pandemic have impacted the ability of defense counsel to meet with Ou Saeturn and prepare for his change of plea hearing. Ou Saeteurn is being held in pre-trial detention at the Sacramento County Main Jail. Defense counsel continues efforts to meet in-person with Ou Saeturn. Due to practical limitations on client access, defense counsel requires additional time to meet with Mr. Saeteurn and to investigate potential mitigation evidence in support of the defense sentencing request.

Assistant U.S. Attorney Paul A. Hemesath has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on his behalf.

Dated: May 17, 2021                    /s/ Todd Leras

_____
TODD LERAS
Attorney for Defendant OU SAETEURN

Dated: May 17, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Paul A. Hemesath*

By: _____
PAUL A. HEMESATH
Assistant United States Attorney
(Per email authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set May 20, 2021 status conference hearing shall be continued to September 9, 2021, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, May 20, 2021, up to and including the September 9, 2021 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: May 17, 2021

_____
Troy L. Nunley
United States District Judge