LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
OU VERN SAETEURN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>OU VERN SAETEURN,<br><br>    Defendant. | CASE NO. 2:18-CR-244 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  September 9, 2021<br>Time:  9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

    Plaintiff United States of America and defendant Ou Vern Saeteurn, through their respective attorneys, request that the status conference set for September 9, 2021, be continued by the Court to October 21, 2021, at 9:30 a.m., to allow defense counsel necessary time to complete investigation of sentencing mitigation witnesses and evidence in anticipation of a change of plea in this matter.

    This case involves, among other allegations, that defendant participated in a controlled substance distribution operation along with his brother, A Vern Saeteurn, who is charged in a separate related case (Case Number 2:18-cr-212 TLN).  Given the need for further preparation time, counsel for Ou Vern Saeteurn requests that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 to allow reasonable time to prepare.

STIPULATION & ORDER CONTINUING
STATUS CONFERENCE

1

The parties anticipate resolution of this matter by a written plea agreement. Settlement efforts have been complicated by measures taken to mitigate the spread of COVID-19. Since March 18, 2020, this Court has issued a series of General Orders, including General Orders 612, 617, 618, 620, 624, 628, 630 and 631, restricting access to federal courthouses in the Eastern District of California for the period from March 18, 2020, up to June 14, 2021. General Order 631 authorized each district judge to determine whether to conduct hearings either in person or via videoconferencing beginning on June 14, 2021.

A recent surge in infections involving the Delta Variant caused Sacramento health officials to reimpose indoor masking requirements. These public health orders and accompanying developments regarding the pandemic have impacted the ability of defense counsel to meet with Ou Saeturn and prepare for his change of plea hearing. Ou Saeturn is being held in pre-trial detention at the Sacramento County Main Jail. Defense counsel continues efforts to meet in-person with Ou Saeturn. Due to practical limitations on client access, defense counsel requires additional time to meet with Mr. Saeteurn and to investigate potential mitigation evidence in support of the defense sentencing request.

Assistant U.S. Attorney Paul A. Hemesath has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on his behalf.

Dated:  September 3, 2021          /s/ Todd Leras
                                   _____
                                   TODD LERAS
                                   Attorney for Defendant OU SAETEURN

Dated:  September 3, 2021          PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   /s/ Paul A. Hemesath
                           By:     _____
                                   PAUL A. HEMESATH
                                   Assistant United States Attorney

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                    2

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the status conference, presently set September 9, 2021, shall be continued to **October 21, 2021, at 9:30 a.m.**

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, September 9, 2021, up to and including the October 21, 2021 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: September 3, 2021

Troy L. Nunley
United States District Judge