1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 504-3933

4  Attorney for Defendant
   OU VERN SAETEURN
5

6

7
                        IN THE UNITED STATES DISTRICT COURT
8
                         EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-244 TLN

12 |          Plaintiff,                    **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**
13 |     v.

14 | OU VERN SAETEURN,

15 |          Defendant.                    Date:  October 21, 2021
                                            Time:  9:30 a.m.
16                                          Court: Hon. Troy L. Nunley

17
        Plaintiff United States of America and defendant Ou Vern Saeteurn, through their
18
   respective attorneys, request that the status conference set for October 21, 2021, be continued by
19
   the Court to November 4, 2021, at 9:30 a.m., to allow defense counsel necessary time to
20
   complete investigation of sentencing mitigation witnesses and evidence in anticipation of a change
21
   of plea in this matter.
22
        This case involves, among other allegations, that defendant participated in a controlled
23
   substance distribution operation along with his brother, A Vern Saeteurn, who is charged in a
24
   separate related case (Case Number 2:18-cr-212 TLN). Given the need for further preparation time,
25
   counsel for Ou Vern Saeteurn requests that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A)
26
   and B(iv) and Local Code T4 to allow reasonable time to prepare.
27

28                                         1
   STIPULATION & ORDER CONTINUING
   STATUS CONFERENCE

The parties anticipate resolution of this matter by a written plea agreement. They are presently engaged in discussions regarding revisions to a pending settlement proposal. Settlement efforts have been complicated by measures taken to mitigate the spread of COVID-19. Since March 18, 2020, this Court has issued a series of General Orders, including General Orders 612, 617, 618, 620, 624, 628, and 630, 632, and 635 restricting public access to federal courthouses in the Eastern District of California for about the last nineteen-months. Each district judge presently has discretion to determine whether to hold hearings in person or via videoconferencing. The most recent order (General Order 635) extends the restrictions for up to an additional 90-days from September 28, 2021.

At the same time the orders mentioned in the preceding paragraph restricted access to federal courthouses in the Eastern District of California, the state of California issued additional restrictions designed to curtail COVID-19 infections. These restrictions have correspondingly eased or tightened depending on fluctuations in the virus infection rate. The Sacramento region presently remains in one of the more restrictive tiers with an indoor mask mandate in force regardless of vaccination status.

These public health orders and accompanying developments regarding the pandemic have impacted the ability of defense counsel to meet with Ou Saeturn and prepare for his change of plea hearing. Ou Saeturn is being held in pre-trial detention at the Sacramento County Main Jail. Defense counsel continues meetings in-person with Ou Saeturn to discuss settlement and mitigation investigation. Due to practical limitations on client access, defense counsel requires additional time to meet with the government, meet with Ou Saeturn, and to investigate potential mitigation evidence in support of the defense sentencing request.

1  Assistant U.S. Attorney Paul A. Hemesath has reviewed this stipulation and authorized
2  Attorney Todd D. Leras via email to sign it on his behalf.

3  Dated: October 19, 2021                */s/ Todd Leras*

4                                                                TODD LERAS
5                                                                Attorney for Defendant OU SAETEURN

6  Dated: October 19, 2021                PHILLIP A. TALBERT
                                                                     Acting United States Attorney

                                                                  */s/ Paul A. Hemesath*
                                     By: _____
                                                             PAUL A. HEMESATH
                                                            Assistant United States Attorney
                                                            (Per email authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set October 21, 2021 status conference hearing shall be continued to November 4, 2021, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, October 21, 2021, up to and including the November 4, 2021 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: October 19, 2021

Troy L. Nunley
United States District Judge