LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
OU VERN SAETEURN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-244 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| OU VERN SAETEURN, | |
| Defendant. | Date:  November 4, 2021<br>Time:  9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

Plaintiff United States of America and defendant Ou Vern Saeteurn, through their respective attorneys, request that the status conference set for November 4, 2021, be continued by the Court to December 16, 2021, at 9:30 a.m.

This case involves, among other allegations, that defendant participated in a controlled substance distribution operation along with his brother, A Vern Saeteurn, who is charged in a separate related case (Case Number 2:18-cr-212 TLN). The government has recently provided a revised plea agreement to both Ou Saeteurn and his brother A Saeteurn. Defense counsel requires additional time to review the proposed plea agreement with Ou Saeteurn and to investigate sentencing mitigation information. Given the need for further preparation time, counsel for Ou Vern Saeteurn requests that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 to allow reasonable time to prepare.

1  Ou Saeturn is being held in pre-trial detention at the Sacramento County Main Jail.

2  Defense counsel continues meetings in-person with Ou Saeturn to discuss the revised settlement

3  agreement and potential sentence mitigation investigation. Due to practical limitations on client

4  access based on the continuing pandemic, defense counsel requires additional time to meet with

5  Ou Saeturn, and to investigate potential mitigation evidence in support of the defense

6  sentencing request. The government does not oppose the request. It is anticipated, however, that

7  the December 16 status conference will result either in a change of plea or setting of the matter

8  for trial.

9

10  Assistant U.S. Attorney Paul A. Hemesath has reviewed this stipulation and authorized

11  Attorney Todd D. Leras via email to sign it on his behalf.

12  Dated:  November 2, 2021                    */s/ Todd Leras*

13  _____

14  TODD LERAS
   Attorney for Defendant OU SAETEURN

15  Dated:  November 4, 2021            PHILLIP A. TALBERT
   Acting United States Attorney

16

17  */s/ Paul A. Hemesath*

18  By:  _____

19  PAUL A. HEMESATH
   Assistant United States Attorney
   (Per email authorization)

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            2

1

**ORDER**

2        The Court, having received, read, and considered the stipulation of the parties, and good

3   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is

4   hereby ORDERED that the presently set November 2, 2021 status conference hearing shall be

5   continued to December 16, 2021, at 9:30 a.m.

6        Based on the representations of the parties in their stipulation, the Court finds that:  (1)

7   the failure to grant this requested continuance would deny defense counsel reasonable time

8   necessary for effective preparation, taking into account the exercise of due diligence; and (2) the

9   ends of justice served by continuing the case as requested outweigh the best interests of the public

10   and the defendant in a speedy trial.

11        The Court hereby orders that for the purpose of computing time under the Speedy Trial Act,

12   18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from

13   the date of this stipulation, November 4, 2021, up to and including the December 16, 2021 status

14   conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local

15   Code T4 to allow defense counsel reasonable time necessary to prepare.

16        **IT IS SO ORDERED.**

17   Dated: November 4, 2021

18

19                                                                    _____
                                                                      Troy L. Nunley
20                                                                    United States District Judge

21

22

23

24

25

26

27

28

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          3