LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
OU VERN SAETEURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>OU VERN SAETEURN,<br><br>      Defendant. | Case No.: 2:18-cr-0244 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:   Hon. Troy L. Nunley<br>Date:    May 19, 2022<br>Time:    9:30 a.m. |

   This matter is presently set for Sentencing Hearing on May 19, 2022.  Defense counsel requests to continue the Sentencing Hearing to July 21, 2022.  Defendant has completed his probation interview and the assigned probation officer has file the final Pre-Sentence Investigation Report (PSR).  Defense counsel requests additional time to obtain information in

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

support of a Motion for Correction.  The government does not oppose the request and the assigned probation officer has confirmed her availability on the requested date.  Defense counsel requests partial modification of previously set PSR disclosure schedule as follows:

1. Motion for Correction Date:  July 7, 2022; and

2. Reply Date:  July 14, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Michael Beckwith approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED:  May 3, 2022                    By    /s/ Todd D. Leras for
                                                        MICHAEL M. BECKWITH
                                                        Assistant United States Attorney

DATED:  May 3, 2022                    By    /s/ Todd D. Leras
                                                        TODD D. LERAS
                                                        Attorney for Defendant
                                                        OU VERN SAETEURN

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is continued to July 21, 2022, at 9:30 a.m.  The Court adopts the modified Pre-Sentence Investigation Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: May 4, 2022

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE